# United States Court of Appeals
## For the Eighth Circuit

_____

No. 11-3316

_____

Buimuiwrone Alfred Tarr

*Petitioner*

v.

Eric H. Holder, Jr., Attorney
General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: October 23, 2012
Filed: October 26, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Mr. Buimuiwrone Alfred Tarr petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of Mr. Tarr's request for temporary protected status. We lack jurisdiction to review the BIA's decision to deny Mr. Tarr temporary protected status because that decision was

specifically within the BIA's discretion, and because Mr. Tarr has not raised any constitutional claim or legal issue to challenge it. See 8 U.S.C. §§ 1252(a)(2)(B)(ii), 1252(a)(2)(D), 1254a(a)(1). Accordingly, we dismiss the petition for review. Respondent's pending motion is denied as moot.

_____